# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### OFFICE OF THE CLERK

Lewis F. Powell, Jr. U.S. Courthouse Building
1000 East Main Street
Suite 305
Richmond, Virginia 23219

**FERNANDO GALINDO**
**CLERK OF COURT**

| Telephone: | Area Code 804 |
|---|---|
| Administrative | 916-2200 |
| Jury-Financial | 916-2212 |
| Criminal | 916-2230 |
| Civil | 916-2220 |
| Web site | www.vaed.uscourts.gov |

December 14, 2007

The Honorable Richard Wieking, Clerk
U. S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

RE: United States v. Mark V. Sagaria
Our Case No. 3:07MJ00501-001

Dear Mr. Wieking:

Enclosed are two original PROB 22 Transfer of Jurisdiction forms which have been entered by the Honorable M. Hannah Lauck, United States Magistrate Judge for the Eastern District of Virginia.

Please forward the forms to an assigned Judge in your court with a request that each be signed and returned to your office. Please return one of the signed forms to our office in Richmond with your case number.

After we receive the form we will promptly send to your office certified copies of the Criminal Information, Judgment in A Criminal Case, and the docket sheet from our case file.

Please let me know if you have any questions regarding the transfer.

Thank you in advance for your assistance in this matter.

Sincerely,

Fernando Galindo, Clerk
By *[signature]*
Deputy Clerk

cc: USPO, Richmond

---

*Divisional Offices:*  •  *Alexandria*  •  *Newport News*  •  *Norfolk*  •  *Richmond*  •

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:07CRMJ0505-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR 07 0815 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: SAGARIA, Mark V. 6930 Commerce Boulevard Rohnert, California 94928 | DISTRICT EASTERN DISTRICT OF VIRGINIA | DIVISION Richmond **MHP** |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable M. Hannah Lauck | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM October 3, 2007 — TO October 2, 2008 |

FILED DEC 21 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

OFFENSE

Driving Under the Influence of Alcohol, 18 U.S.C. § 13 assimilating 1950 Code of Virginia, as amended, 18 U.S.C. §§ 2-266 and 2-270

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____ Date

*M. Hannah Lauck* United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-18-07 Effective Date

*Maria Elena James* United States Magistrate Judge

ORIGINAL

| PROB 22<br>(Rev. 2/88) | TRANSFER OF JURISDICTION | DEC 2 1 2007 | DOCKET NUMBER *(Tran. Court)*<br>3:07CRMJ0505-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)*<br>0815 |

MHP

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>SAGARIA, Mark V.<br>6930 Commerce Boulevard<br>Rohnert, California 94928 | DISTRICT<br><br>EASTERN DISTRICT OF VIRGINIA | DIVISION<br><br>Richmond |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable M. Hannah Lauck | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>October 3, 2007 | TO<br>October 2, 2008 |

**OFFENSE**

Driving Under the Influence of Alcohol, 18 U.S.C. § 13
assimilating 1950 Code of Virginia, as amended, 18 U.S.C. §§ 2-266 and 2-270

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____
Date

*M. Hannah Lauck*
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF CALIFORNIA</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12-18-07
Effective Date

*Maria Elena James*
**United States Magistrate Judge**

United States Magistrate Judge