# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

## Petition for Arrest Warrant for Offender Under Supervision

Name of Offender:      Mark Vincent Sagaria      Docket No.:  CR 3:07-00815-01 MHP

Name of Sentencing Judge:   M. Hannah Lauch
United States Magistrate Judge

Date of Original Sentence:   October 1, 2007

Original Offense:
Count One: DUI, 18 U.S.C. § 13 assim 1950 Code of VA, a Class A misdemeanor

Original Sentence: 12 months probation
Special Conditions: Not operate a motor vehicle for one year except as provided by the laws of the Commonwealth of Virginia and in accordance with the Restricted License Order; Enrol in and complete a Virginia Alcohol and Safety Program.

Jurisdiction was transferred to the Northern District of California on December 18, 2007.

Type of Supervision: Probation             Date Supervision Commenced: October 1, 2007
Assistant U.S. Attorney: unassigned                        Defense Counsel: waived

## Petitioning the Court

The issuance of a no bail warrant for the offender's arrest.

I, Sharon K. Alberts, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

NDC-SUPV-FORM 12C(2) 03/23/05

Mark Vincent Sagaria                                                                                          Page 2
CR 3:07-00815-01 MHP

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated standard condition number one which states, in part, that he shall report to the Probation Officer. |

      Mr. Sagaria has not reported to the probation office as directed since arriving in the Northern District of California in October 2007.

      This is evidenced by my testimony and chronological entries regarding voice mail messages left for Mr. Sagaria on November 20, 2007 and December 10, 2007 advising him to call me immediately, and my testimony and chronlogcial entries indicating that Mr. Sagaria did not call me in response to either of these messages. It is also evidenced by my testimony and chronological entries as to a home visit I conducted on December 4, 2007. Mr. Sagaria was not home and I left an appointment notice for Mr. Sagaria to report to my office on December 7, 2007. It is further evidenced by my testimony and chronological entries indicating that Mr. Sagaria did not report to my office on December 7, 2007.

Address of offender:      6930 Commerce Boulevard #87
                                     Rohnert Park, CA 94928

Based on the foregoing, there is probable cause to believe that Mark Vincent Sagaria violated the conditions of his supervision. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Mark Vincent Sagaria                                                Page 3
CR 3:07-00815-01 MHP

Respectfully submitted,

*Sharon K. Alberts* (signature)
Sharon K. Alberts
U.S. Probation Officer
Date Signed: February 25, 2008

                          Approved as to form:

                          Robert E. Tenney
                          Supervisory U.S. Probation Officer

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☐ The issuance of a no bail warrant.
☒ Other: *Summons to issue. If fails to appear warrant may issue.*

3/3/08
Date

Marilyn Hall Patel
United States District Judge

NDC-SUPV-FORM 12C(2) 03/23/05

(2 weeks) per Tony 3/19/08