RECV'D 08 JUN 17 15:27 USDC-ORP

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 0971 3:07CR-0815-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) U8-cr-282-MO |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mark V. Sagaria<br>6930 Commerce Boulevard #87<br>Rohnert Park, CA 94928 | ND/CA | SF |
| | NAME OF SENTENCING JUDGE<br>Marilyn Hall Patel | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 9/31/2007 — TO 9/30/2008 |

| OFFENSE |
|---|
| Driving Under the Influence 18:266 & 270 |

FILED
SEP 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ District of Oregon _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/5/08
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Oregon

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

17 June 08
*Effective Date*

*United States District Judge*